## EQUITABLE MORTGAGE COMPANY *v.* SLOCUMB.

LUMPKIN, P. J. In view of the evidence contained in the record, the court ought not to have directed a verdict, but should have submitted the case to the jury.          *Judgment reversed. All the Justices concurring.*

Argued June 19, — Decided August 4, 1897.

Levy and claim. Before Judge Felton. Crawford superior court. October term, 1896.

*Payne & Tye* and *C. E. Hawker*, for plaintiff.
*H. A. Mathews*, contra.

---

## PRESTON *et al. v.* LAMAR.

FISH, J. This court will not reverse a judgment dissolving an injunction which had been previously granted, when it appears that, at the hearing of the motion to dissolve, the evidence upon the main and controlling issue of fact was directly conflicting, that the court accepted that portion of the same which supported the contentions of the movant, and that so doing necessarily resulted in such judgment.

*Judgment affirmed. All the Justices concurring, except Cobb, J., disqualified.*

Argued June 19, — Decided August 4, 1897.

Injunction. Before Judge Felton. Bibb county. April 1, 1897.

*Preston & Ayer* and *Minter Wimberly*, for plaintiffs.
*Dasher, Park & Gerdine*, for defendant.